## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

CRAIG THORNER et al.,            :        Civil Action No. 09-1894 (GEB)
                                 :
    Plaintiffs,               :        RECEIVED
                                 :
    v.                        :        NOV 2 0 2009
                                 :
SONY COMPUTER ENTERTAINMENT:     ORDER    AT 8:30_____M
AMERICA, INC. et al.,            :                 WILLIAM T. WALSH
                                 :                      CLERK
    Defendants.               :
_____:

This matter having come before the Court on Defendant's Sony Computer Entertainment America, Inc.("Sony"), Motion to disqualify Greg M. Diehl ("Diehl") of the law firm of Diehl Servilla, LLC ("Servilla Diehl") as counsel for Plaintiffs Craig Thorner ("Thorner") and Virtual Reality Feedback Corporation (collectively "Plaintiffs") [dkt. entry no. 33]; and the Court having fully reviewed the parties' written submissions; and the Court having and conducted oral argument on October 22, 2009; and for the reasons expressed in the accompanying Memorandum Opinion; and good cause appearing for the relief sought;

    IT IS on this 20th day of November, 2009,

    ORDERED that Sony's Motion to Disqualify Greg M. Diehl, Esquire and the law firm of Diehl Servilla, LLC , Counsel for Plaintiffs, [dkt. entry no. 33], is hereby GRANTED; and it is further

    ORDERED that Plaintiffs shall have until **January 19, 2010** to secure new counsel.

s/ Douglas E. Arpert
**DOUGLAS E. ARPERT**
**UNITED STATES MAGISTRATE JUDGE**