Robert J. Schoenberg
RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981
(973) 538-0800

Daniel N. Yannuzzi
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
12275 El Camino Real, Suite 200
San Diego, California 92130-2006
(858) 720-8900

Attorneys for Defendant
Performance Designed Products LLC

Peter John Frazza, Esq.
BUDD LARNER, P.C.
150 John F. Kennedy Parkway
Short Hills, NJ 07078
(973) 379-4800

Attorneys for Plaintiffs/Third-Party
Plaintiffs/Counterclaimants/Counter
Defendants, Craig Thorner and Virtual Reality
Feedback Corporation

RECEIVED

FEB 1 8 2010

AT 8:30_____M
WILLIAM T. WALSH
CLERK

| CRAIG THORNER and VIRTUAL REALITY FEEDBACK CORPORATION,<br><br>               Plaintiffs,<br>vs.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA INC.; SONY COMPUTER ENTERTAINMENT INC.; GREGORY S. GEWIRTZ; LERNER DAVID LITTENBERG KRUMHOLZ & MENTLIK, LLP; PERFORMANCE DESIGNED PRODUCTS LLC; RILEY RUSSELL; LARRY C. RUSS; MARC A. FENSTER; and RUSS AUGUST & KABAT, a professional corporation,<br><br>               Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Case No. 3:09-CV-01894-GEB-DEA<br><br>Hon. Garrett E. Brown, Jr., U.S.D.J.<br>Hon. Douglas E. Arpert, U.S.M.J.<br><br>**STIPULATION AND ORDER DISMISSING WITH PREJUDICE FIRST AMENDED COMPLAINT AGAINST DEFENDANT PERFORMANCE DESIGNED PRODUCTS LLC**<br><br>*Document Filed Electronically* |

3910331.1

> GREGORY S. GEWIRTZ, ESQ.;
> LERNER, DAVID, LITTENBERG,
> KRUMHOLZ &MENTLIK, LLP,
>
>     Defendants/ Third-Party Plaintiffs,
>
> vs.
>
> GLEN M. DIEHL, ESQ. AND DIEHL
> SERVILLA, LLC,
>
>     Third-Party Defendants.

The matters in difference in the above-captioned matter having been amicably adjusted by and between the parties hereto, the parties, through their undersigned counsel, hereby stipulate and agree that the First Amended Complaint in the above-captioned action against Defendant Performance Designed Products LLC only be dismissed with prejudice and without costs to any party, each side to bear its own attorney's fees.

/s    Peter John Frazza
Budd Larner, P.C.
*Attorneys for Plaintiffs/Third-Party Plaintiffs/Counterclaimants/Counter Defendants Craig Thorner and Virtual Reality Feedback Corp.*

Dated: February 17, 2010.

/s    Robert J. Schoenberg
Riker, Danzig, Scherer, Hyland & Perretti LLP
*Attorneys for Defendant Performance Designed Products, LLC*

Dated: February 17, 2010.

IT IS SO ORDERED, this 18th day of February 2010.

_____
HON. GARRETT E. BROWN, JR.
United States District Judge