UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CRAIG THORNER, et al., | : Civil Action No. 09-1894 (MLC) |
| Plaintiffs, | : |
| v. | : ORDER |
| SONY COMPUTER ENTERTAINMENT AMERICA, L.L.C., et al., | : |
| Defendants. | : |

This matter having come before the Court for a status conference, by telephone, on July 17, 2013; and the Court having conferred with counsel; and good cause appearing for the entry of the within Order;

IT IS on this 17th day of July 2013,

ORDERED as follows:

1. Plaintiff's response to the Fee Petition filed by Budd Larner, P.C. [dkt. no. 219] shall be filed by August 16, 2013.

2. Budd Larner, P.C.'s reply, if any, shall be filed by September 9, 2013.

3. The Court will conduct a telephone status conference on August 28, 2013 at 3:00 P.M. Plaintiff's counsel must initiate this call.

4. The Court may, from time to time, schedule conferences as may be required, either on its own motion or at the request of counsel. Failure to appear at subsequent conferences, or to comply with any of the terms of this Order, may result in sanctions.

*s/ Douglas E. Arpert*
DOUGLAS E. ARPERT
United States Magistrate Judge