IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CRAIG THORNER and VIRTUAL REALITY FEEDBACK CORPORATION,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA LLC; SONY COMPUTER ENTERTAINMENT INC.; SONY ELECTRONICS INC.; GREGORY S. GEWIRTZ; LERNER DAVID LITTENBERG KRUMHOLZ & MENTLIK, LLP; RILEY RUSSELL; LARRY C. RUSS; MARC A. FENSTER; and RUSS AUGUST & KABAT,<br><br>　　　　　　　Defendants,<br><br>GREGORY S. GEWIRTZ and LERNER DAVID LITTENBERG KRUMHOLZ & MENTLIK, LLP,<br><br>　　　　　Defendants/Third-Party Plaintiffs,<br><br>　v.<br><br>GLEN M. DIEHL, ESQ. and DIEHL SERVILLA, LLC,<br><br>　　　　　　Third-Party Defendants. | Case No. 3:09-cv-01894-MLC-DEA<br><br>Hon. Mary L. Cooper, USDJ<br>Hon. Douglas E. Arpert, USMJ<br><br>**STIPULATED ORDER OF DISMISSAL**<br><br><br>RECEIVED<br><br>AUG - 6 2013<br><br>AT 8:30_____M<br>WILLIAM T. WALSH CLERK |

　　　It has been represented to the Court that the parties have agreed to a compromise and settlement of this Civil Action and all claims, defenses and counterclaims that were or could have been brought between them in this Civil Action.

　　　WHEREFORE, with the consent of the parties, and with the approval of this Court, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

　　　1.　The Court has jurisdiction over the parties and the subject matter of this action.

　　　2.　All claims, defenses and/or counterclaims that were or could have been made by or between the Plaintiffs, Defendants, Third Party Plaintiffs and Third Party Defendants in this Civil Action are hereby dismissed with prejudice.

Exhibit A

3. Defendants Sony Computer Entertainment America LLC, Sony Computer Entertainment Inc., Sony Electronics Inc. and Riley Russell (collectively referred to as "Sony") shall deposit $62,287.26 into the Court's Registry Fund to be transferred into the Court Registry Investment System ("CRIS") administered by the Administrative Office of the United States Courts to be held in escrow pending resolution of the petition to enforce an attorneys' fee lien filed by Budd Larner, P.C. against Plaintiffs.

4. The parties shall each bear their own costs, attorneys' fees and expenses.

5. Nothing in this Order shall be construed as an admission or suggestion of liability or wrongdoing by any party in regard to the claims, counterclaims and/or defenses asserted in the Lawsuit.

SO ORDERED this 6th day of AUGUST, 2013.

_____
Hon. Mary L. Cooper, USDJ

STIPULATED AND AGREED TO:

_____
Arthur M. Peslak
Gertner, Mandel & Peslak LLC
PO Box 499
Lakewood, NJ 08701
apeslak@gmplaw.net

*Attorneys for Plaintiffs, Craig Thorner and Virtual Reality Feedback Corporation*

_[signature]_  
Daniel Johnson, Jr.  
Christopher Iannicelli  
MORGAN, LEWIS & BOCKIUS, LLP  
502 Carnegie Center  
Princeton, NJ 08540  
ciannicelli@morganlewis.com  
djjohnson@morganlewis.com  

*Counsel for Defendants-Appellees Sony Computer Entertainment America LLC; Sony Computer Entertainment Inc.; and Riley Russell*

_[signature]_  
Frederick J. Dennehy  
Willard C. Shih  
WILENTZ, GOLDMAN & SPITZER P.A.  
90 Woodbridge Center Drive  
Suite 900, Box 10  
Woodbridge, NJ 07095-0958  
fdennehy@wilentz.com  
wshih@wilentz.com  

*Counsel for Defendants-Appellees and Third-Party Plaintiffs Lerner David Littenberg Krumholz & Mentlik, LLP and Gregory S. Gewirtz*

Marc J. Gross  
Jeffrey A. Sirot  
GREENBAUM, ROWE, SMITH & DAVIS, LLP  
75 Livingston Avenue, Suite 301  
Roseland, NJ 07068-3701  
mgross@greenbaumlaw.com  
jsirot@greenbaumlaw.com  

*Counsel for Defendants-Appellees Russ August & Kabat; Larry C. Russ; and Marc A Fenster*

_[signature]_  
John L. Slimm  
Dante C. Rohr  
MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN, PC  
Woodland Falls Corporate Park, Suite 300  
200 Lake Drive East  
Cherry Hill, NJ 08002  
JLSlimm@mdwcg.com  
DCRohr@mdwcg.com  

*Counsel for Third-Party Defendants-Appellees Glen M. Diehl and Diehl Servilla LLC*

| | |
|---|---|
| Daniel Johnson, Jr.<br>Christopher Iannicelli<br>MORGAN, LEWIS & BOCKIUS, LLP<br>502 Carnegie Center<br>Princeton, NJ 08540<br>ciannicelli@morganlewis.com<br>djjohnson@morganlewis.com<br><br>*Counsel for Defendants-Appellees Sony Computer Entertainment America LLC; Sony Computer Entertainment Inc.; and Riley Russell* | Marc J. Gross<br>Jeffrey A. Sirot<br>GREENBAUM, ROWE, SMITH & DAVIS, LLP<br>75 Livingston Avenue, Suite 301<br>Roseland, NJ 07068-3701<br>mgross@greenbaumlaw.com<br>jsirot@greenbaumlaw.com<br><br>*Counsel for Defendants-Appellees Russ August & Kabat; Larry C. Russ; and Marc A. Fenster* |
| Frederick J. Dennehy<br>Willard C. Shih<br>WILENTZ, GOLDMAN & SPITZER P.A.<br>90 Woodbridge Center Drive<br>Suite 900, Box 10<br>Woodbridge, NJ 07095-0958<br>fdennehy@wilentz.com<br>wshih@wilentz.com<br><br>*Counsel for Defendants-Appellees and Third-Party Plaintiffs Lerner David Littenberg Krumholz & Mentlik, LLP and Gregory S. Gewirtz* | John L. Slimm<br>Dante C. Rohr<br>MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN, PC<br>Woodland Falls Corporate Park, Suite 300<br>200 Lake Drive East<br>Cherry Hill, NJ 08002<br>JLSlimm@mdwcg.com<br>DCRohr@mdwcg.com<br><br>*Counsel for Third-Party Defendants-Appellees Glen M. Diehl and Diehl Servilla LLC* |