UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CRAIG THORNER, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA LLC, et al.,<br><br>    Defendants. | CIVIL ACTION NO. 09-1894 (MLC)<br><br>**ORDER AND ORDER TO SHOW CAUSE** |

For the reasons stated in the Court's Memorandum Opinion, dated March 19, 2014, **IT IS** on this   19th   day of March, 2014, **ORDERED** that the motion by Budd Larner, P.C. ("Budd Larner") to enforce its attorney fee lien pursuant to N.J.S.A. 2A:13-5 (dkt. entry no. 221) is **GRANTED IN PART AND DENIED IN PART AS FOLLOWS:**

    **GRANTED** insofar as it seeks to assert the attorney fee lien against the portion of the $62,287.26 – the funds that are being held in escrow pursuant to the Court's August 6, 2013 Order (the "outstanding balance") – that is related to (1) work performed in connection with the motion to stay pending appeal and (2) the appeal to the United States Court of Appeals for the Federal Circuit ("work performed in this case"); and

    **DENIED** insofar as it seeks to assert the attorney fee lien against the portion of the outstanding balance related to work

performed in connection with the malpractice action against the firm Niro, Haller & Niro; and it is further

**ORDERED** that Budd Larner, and Craig Thorner and Virtual Reality Feedback Corporation ("Thorner"), must abide by the following supplemental briefing schedule in response to this Order and Order the Show Cause, pursuant to the Court's Memorandum Opinion, dated March 19, 2014:

> April 11, 2014   Budd Larner's brief and supporting papers
>
> May 1, 2014   Thorner's opposition and supporting papers
>
> May 12, 2014   Budd Larner's reply and supporting papers, if any; and it is further

**ORDERED** that if Budd Larner fails to file papers on this schedule, then Budd Larner will be deemed to be in support of denial of the outstanding issues relating to its motion to enforce its attorney fee lien.

                                           s/ Mary L. Cooper
                                           **MARY L. COOPER**
                                           United States District Judge