UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CRAIG THORNER, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SONY COMPUTER<br>ENTERTAINMENT AMERICA LLC,<br>et al.,<br><br>    Defendants. | CIVIL ACTION NO. 09-1894 (MLC)<br><br>**ORDER & JUDGMENT** |

For the reasons stated in the Court's Memorandum Opinion, dated August 14, 2014, **IT IS** on this     14th     day of August, 2014, **ORDERED** that the Court's Order to Show Cause (dkt. entry no. 238) is resolved; and it is further

**ORDERED** that the attorney fee lien of Budd Larner, P.C. ("Budd Larner") attaches to $36,653.00; and it is further

**ORDERED** that Budd Larner is not entitled to recover outstanding disbursements; and it is further

**ADJUDGED** that the outstanding attorney fee of $36,653.00 is reasonable; and it is further

**ADJUDGED** that Budd Larner is awarded judgment for the following amounts:

   **(a) $36,653.00** for the unpaid attorney fee; and

   **(b) PREJUDGMENT INTEREST UPON THE AFOREMENTIONED**
       **$36,653.00** to be calculated by the Clerk of the Court at the statutory rate in

2

     effect on August 14, 2014 as set forth in 28 U.S.C. § 1961, for the period
     beginning August 6, 2013 and ending August 14, 2014; and it is further

  **ADJUDGED** that interest will accrue upon the total amount calculated above by the Clerk of the Court at the statutory post-judgment rate commencing on August 15, 2014, until the judgment is satisfied; and it is further

  **ORDERED** that this action remains **CLOSED**.

                __s/ Mary L. Cooper__
                **MARY L. COOPER**
                United States District Judge

Dated: August 14, 2014