# GERTNER MANDEL & PESLAK LLC
## COUNSELLORS AT LAW

PO Box 499
Lakewood, New Jersey 08701
732-363-3333
Fax: 732-363-3345

**Ross D. Gertner**
*Master of Laws (in Taxation)*
**Sean D. Gertner**
*Member NJ, VA, MD & DC Bars*
**Lawrence D. Mandel**
*Member NJ, NY & PA Bars*
**Arthur M. Peslak**
*Member NJ & NY Bars*
*Registered Patent Attorney*

**Angelica Guzman**
*Member NJ Bar*
**Jena R. Silverman**
*Member NJ & NY Bars*
**Jerome A. Gertner**
*Of Counsel*

September 11, 2014

***Via ECF and First Class Mail***
Honorable Mary L. Cooper, U.S.D.J.
Clarkson S. Fisher Federal Building
& U.S. Courthouse
Court Room 5W
402 E. State Street
Trenton, NJ 08608

      RE:   Thorner et al v. Sony, et al
              Civil Action No. 09-cv-01894 (MLC) (DEA)
              Our file no.: 9129-01

Dear Judge Cooper:

     We represent Plaintiffs in this matter. I received Mr. Harris' letter to Your Honor dated September 8, 2014 with his proposed Order. The proposed Order was not provided to me for review or comment prior to submission to the Court.

     Plaintiffs have no quarrel with Budd Larner's interest calculation. Plaintiff has the following requested changes to the Order:

1) In subparagraph 3 on page 5, Plaintiff's request that the Order provide that any fee deducted by the Custodian of the Court's Registry be split evenly between the parties rather than borne by Plaintiffs only.

2) We request that the following subparagraph 4 be included in the Order on page 5:

    (4)   The remaining balance of the funds shall be disbursed to Gertner Mandel & Peslak, LLC ATTORNEY TRUST ACCOUNT ON BEHALF OF PLAINTIFFS.

     Thank you for your consideration.

Honorable Mary L. Cooper, U.S.D.J.
September 11, 2014
Page 2

If the Court needs any further information, please contact my office.

Respectfully,

Arthur M. Peslak

AMP/rc
cc:   Allen Harris, Esq. by email